UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE MIRELES,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>C. KOENING, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-01248-HSG<br><br>**ORDER GRANTING THIRD EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 23 |

Good cause being shown, Defendants' request for a third extension of time to file their dispositive motion is GRANTED. Dkt. No. 23. Defendants shall file their dispositive motion by February 5, 2021. Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon defendants no later than 28 days from the date the motion is filed. Defendants shall file a reply brief no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 23.

**IT IS SO ORDERED.**

Dated: 12/10/2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge