UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE MIRELES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. KOENING, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-01248-HSG<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO TAKE PLAINTIFF'S DEPOSITION BY REMOTE MEANS**<br><br>Re: Dkt. No. 25 |

Good cause being shown, Defendants' request pursuant to Fed. R. Civ. P. 30(b)(4) and N.D. Cal. L. R. 7-11 for an order authorizing Plaintiff Rene Mireles's deposition to proceed by remote means is GRANTED. Dkt. No. 25. Plaintiff's deposition may proceed by remote means and under the following conditions:

1. The deposition shall be conducted remotely, using audio-visual conference technology, consistent with Fed. R. Civ. P. 30(b)(4);

2. The deposition shall be recorded stenographically by a certified shorthand court reporter;

3. The court reporter will record the deposition from a location(s) separate from the witness;

4. Counsel for Defendants may be participating from a remote location separate from the witness and the court reporter;

5. The court reporter will administer the oath to the witness remotely;

6. The witness may be required to provide government-issued identification that is satisfactory to the court reporter, and this identification must be legible on camera;

7. Each participating attorney may be visible to all other participants, and their

statements will be audible to all participants; and

       8.    Exhibits may be provided simultaneously and electronically to the witness and all participants via audio-video conferencing software.

The remote nature of the deposition itself shall not impact the admissibility of the deposition at any future proceedings, including trial.

This order terminates Dkt. No. 25.

**IT IS SO ORDERED.**

Dated: 12/30/2020

*(signature)*
HAYWOOD S. GILLIAM, JR.
United States District Judge