UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE MIRELES,<br><br>       Plaintiff,<br><br>   v.<br><br>C. KOENING, et al.,<br><br>       Defendants. | Case No. 20-cv-01248-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION**<br><br>Re: Dkt. No. 32 |

Good cause being shown, Plaintiff's request for an extension of time to file his opposition to Defendants' summary judgment motion is GRANTED. Dkt. No. 32. Plaintiff shall file his opposition by March 26, 2021. Defendants shall file a reply brief no later than 14 days after the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 32.

**IT IS SO ORDERED.**

Dated: 3/3/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge