UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE MIRELES,<br><br>        Plaintiff,<br><br>v.<br><br>C. KOENIG, et al.,<br><br>        Defendants. | Case No. 20-cv-01248-HSG<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed the instant civil rights action pursuant to 42 U.S.C. § 1983.  On December 9, 2021, the parties filed a stipulation for voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), which states as follows:

> Plaintiff Rene Mireles and Defendants C. Koenig, L. Gomez, R. Ortega, and T. Lee, have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
>
> Each party shall bear its own litigation costs and attorney's fees.
>
> It is so stipulated.

Dkt. No. 41.  The stipulation is signed by both Plaintiff and counsel for Defendants.  *Id.*  Because this stipulation is a dismissal of this entire action, it also dismisses all claims against the remaining defendants and terminates all pending motions.

//

//

//

//

//

//

Accordingly, IT IS HEREBY ORDERED THAT this entire action, and all Defendants, are DISMISSED WITH PREJUDICE. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 12/14/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge

2